[No. 14087-3-III.   Division Three.   August 1, 1995.]

*In the Matter of the Application for Relief From Personal Restraint of* ARISTEO M. VALENCIA, *Petitioner.*

Appeal from a judgment of the Superior Court for Yakima County, No. 91-1-01396-4, Susan L. Hahn, J., entered April 28, 1992. *Denied* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 16858-8-II.   Division Two.   August 1, 1995.]

MIRA PROPERTIES, INC., *Respondent*, v. TPC LIQUIDATING TRUST, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-03546-1, Carol A. Fuller, J. Pro Tem., entered January 11, 1993. *Affirmed* by unpublished opinion per Fleisher, J., concurred in by Houghton, A.C.J., and Bridgewater, J.

[No. 16686-1-II.   Division Two.   August 2, 1995.]

GARY S. BATES, ET AL., *Appellants*, v. ROY YORK, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Clallam, No. 87-2-00153-1, Grant S. Meiner, J., entered December 11, 1992. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, A.C.J., and Fleisher, J.